# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Dublin Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL 14 AM 11: 07
CLERK____
SO. DIST. OF GA.

United States of America )
v. )
) Case No: 3:05CR00002-1
Danny Davis ) USM No: 12154-021
)
Date of Original Judgment: December 19, 2005 ) Joseph I. Marchant
Date of Previous Amended Judgment: _____ ) Defendant's Attorney
*(Use Date of Last Amended Judgment, if any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] **DENIED.** [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated December 19, 2005 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 14, 2015

_____
Judge's signature

Dudley H. Bowen, Jr.
Effective Date: November 1, 2015    United States District Judge
*(if different from order date)*    Printed name and title